# LONDON FISCHER LLP

### 59 MAIDEN LANE
### NEW YORK, NEW YORK 10038

(212) 972-1000

FACSIMILE: (212) 972-1030

WWW.LONDONFISCHER.COM

CALIFORNIA OFFICE
1 PARK PLAZA, SUITE 740
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

December 27, 2007

VIA MAIL (w/ original Stipulation) &
VIA ECF

Honorable Denny Chin
District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re:  *Ortiz v. Barlow, et al.*
Docket No.:        07 CV 10365
Our File No.:      113.0567475

Dear Judge Chin:

We represent one of the defendants, Toyota Motor Credit Corporation, s/h/a Toyota Motor Credit, Corp. ("TMCC"), in the above-referenced matter.  TMCC was the lessor/title owner of the vehicle at issue in this action.  With respect to TMCC, the Complaint sounds in negligence, and is premised upon vicarious liability, pursuant to New York Vehicle and Traffic Law § 388.

Please be advised that plaintiff's counsel agreed to dismiss the action as against TMCC, only, because the Federal Transportation Equity Act, which preempts New York automotive vicarious liability pursuant to § 388 of the Vehicle and Traffic Law, applies to this case. Enclosed is the fully executed Stipulation of Discontinuance against Toyota Motor Credit Corp. Only.  We respectfully request that your honor So-Order the enclosed Stipulation.

Thank you for your time and consideration.

Respectfully submitted,

LONDON FISCHER LLP

Hae Jin Shim (HS3297)

Enclosure

Honorable Denny Chin
United States District Court
Southern District of New York
December 27, 2007
Page 2


cc:     Jay S. Hausman & Associates, P.C.
        JAY S. HAUSMAN & ASSOCIATES, P.C.
        Attorney for Plaintiff
        BERIAM ORTIZ
        280 North Central Avenue, Suite 40
        Hartsdale, New York 10530
        (914) 946-3344

        Anthony D. Perri, Esq.
        17 State Street, 25th Floor
        New York, New York 10004

        John Marquez, Esq.
        Eustace & Marquez
        1311 Mamaroneck Ave., 3rd Floor
        White Plains, New York 10605

113\475\Correspondence\Court 1.doc

LONDON  FISCHER  LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERIAM ORTIZ,

                   Plaintiff,

           -against-

ERIN KATHLEEN BARLOW, TOYOTA
MOTOR CREDIT, CORP. and CAROL
SHERMAN,
                Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE
AGAINST TOYOTA MOTOR CREDIT
CORP. ONLY**

Docket No.  07 CV 10365

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that

the action against the defendant TOYOTA MOTOR CREDIT CORP. **ONLY** is hereby

discontinued, without prejudice and without costs to any party, and that this stipulation may be

filed with the Clerk of the Court without further notice.

_____
JAY S. HAUSMAN & ASSOCIATES, P.C.
Attorney for the Plaintiff
280 North Central Avenue, Suite 40
Hartsdale, New York 10530
(914)946-3344

_____
LONDON FISCHER, LLP
Attorneys for Defendant Toyota
59 Maiden Lane
New York, New York 10038
By: Hae Jin Shim ( HS 3297 )

ANTHONY D. PERRI, ESQ.
Attorney for Defendant Barlow
17 State Street, 25th Floor
New York, New York 10004
File No: 2007-11191/ADP

EUSTACE & MARQUEZ
Attorney for Defendant Sherman
1311 Mamaroneck Avenue, 3rd Flr
White Plains, New York 10605
(914)989-6650

by J. MARQUEZ (3623)

SO ORDERED:

_____
U.S.D.J.

H:\Ortiz, Beriam\stipdisc.ltr.wpd