UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERIAM ORTIZ,                                    Civil Case No.: 07 CIV 10365
                                                 (Judge Chin)
                         Plaintiff,

    -against-                               NOTICE OF APPEARANCE

ERIN KATHLEEN BARLOW, TOYOTA MOTOR
CREDIT, CORP. and CAROL SHERMAN,

                         Defendants
-----------------------------------------------------------------X

TO THE CLERK OF THE COURT:

       PLEASE TAKE NOTICE that HAE JIN SHIM, associated with the firm London Fischer LLP, hereby enters her appearance in the above-captioned matter as a counsel of record for the defendant Toyota Motor Credit Corporation s/h/a Toyota Motor Credit, Corp. ("TMCC").

Dated: New York, New York
        January 3, 2008

                                     LONDON FISCHER LLP

                          By: _____
                                Hae Jin Shim (HS3297)
                                Attorneys for Defendant
                                TOYOTA MOTOR CREDIT, CORP.
                                59 Maiden Lane
                                New York, New York 10038
                                (212) 972-1000


TO:
    JAY S. HAUSMAN & ASSOCIATES, P.C.
    Attorney for Plaintiff
    BERIAM ORTIZ
    280 North Central Avenue, Suite 40
    Hartsdale, New York 10530
    (914) 946-3344

EUSTACE & MARQUEZ
Attorneys for Defendant
CAROL SHERMAN
1311 Mamaroneck Avenue, 3rd Floor
White Plains, New York 10605
(914) 989-6650

ERIN KATHLEEN BARLOW
Defendant Pro Se
83 Maplewood Avenue
Dallas, PA 18612

K:\113\475\Pleadings\Notice of Appearance.doc

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

**INGRID QUAMINA**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Brooklyn, New York.

That on the 3rd day of January, 2008, deponent served the within NOTICE OF APPEARANCE upon:

TO:   Jay S. Hausman & Associates, P.C.
      JAY S. HAUSMAN & ASSOCIATES, P.C.
      Attorney for Plaintiff
      BERIAM ORTIZ
      280 North Central Avenue, Suite 40
      Hartsdale, New York 10530
      (914) 946-3344

      EUSTACE & MARQUEZ
      Attorneys for Defendant
      CAROL SHERMAN
      1311 Mamaroneck Avenue, 3rd Floor
      White Plains, New York 10605
      (914) 989-6650

      ERIN KATHLEEN BARLOW
      Defendant Pro Se
      83 Maplewood Avenue
      Dallas, PA 18612

the attorneys for the respective parties in this action, at the above addresses designated by said attorneys for that purpose, by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
INGRID QUAMINA

Sworn to before me this
3rd day of January, 2008

_____
Notary Public

JOAN CHIARINI
Notary Public, State of New York
No. 01CH4622690
Qualified in New York County
Commission Expires April 30, 20__