```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BERIAM ORTIZ,

                Plaintiff,

        -against-

ERIN KATHLEEN BARLOW, TOYOTA
MOTOR CREDIT, CORP. and CAROL
SHERMAN,

                Defendants.
-------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE AGAINST TOYOTA MOTOR CREDIT CORP. ONLY**

Docket No. 07 CV 10365

**MEMO ENDORSED**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the action against the defendant TOYOTA MOTOR CREDIT CORP. **ONLY** is hereby discontinued, without prejudice and without costs to any party, and that this stipulation may be filed with the Clerk of the Court without further notice.

_____
JAY S. HAUSMAN & ASSOCIATES, P.C.
Attorney for the Plaintiff
280 North Central Avenue, Suite 40
Hartsdale, New York 10530
(914)946-3344

_____
LONDON FISCHER, LLP
Attorneys for Defendant Toyota
59 Maiden Lane
New York, New York 10038
By: Hae Jin Shim ( HS 3297 )

SO ORDERED.

_____
USDJ
1/3/08

H:\Ortiz, Beriam\stipdisc.ltr.wpd

_[signature]_
ANTHONY D. PERRI, ESQ.
Attorney for Defendant Barlow
17 State Street, 25th Floor
New York, New York 10004
File No: 2007-11191/ADP

_[signature]_
EUSTACE & MARQUEZ
Attorney for Defendant Sherman
1311 Mamaroneck Avenue, 3rd Flr
White Plains, New York 10605
(914)989-6650

by J. MARQUEZ (3623)

SO ORDERED:

_____
U.S.D.J.

H:\Ortiz, Beriam\stipdisc.ltr.wpd