UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERIAM ORTIZ,

        Plaintiff,

-against-

ERIN KATHLEEN BARLOW, TOYOTA
MOTOR CREDIT CORP., and CAROL
SHERMAN,

        Defendants.
------------------------------------------------------------X

**NOTICE OF MOTION**

07-CV-10365

PLEASE TAKE NOTICE that upon the annexed affirmation of ELIZABETH M. PENDZICK, dated the 18th day of April, 2008, the affidavit of plaintiff BERIAM ORTIZ, sworn to the 18th day of April, 2008, and all the exhibits annexed thereto, the undersigned will move this Court located at **500 Pearl Street, New York, New York** on the ___st day of _____, **2008, at 9:30 A.M.** or as soon thereafter as counsel can be heard, for an order, pursuant to FRCP 56:

1.     GRANTING SUMMARY JUDGMENT IN FAVOR OF THE PLAINTIFF, AND AGAINST DEFENDANT ERIN KATHLEEN BARLOW, ON THE ISSUE OF LIABILITY, and

2.     FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

Yours, etc.

JAY S. HAUSMAN & ASSOCIATES, P.C.

By: _____
ELIZABETH M. PENDZICK
Attorneys for Plaintiff
280 North Central Avenue, Suite 40
Hartsdale, New York 10530
(914)946-3344

TO:

EUSTACE & MARQUEZ
1311 Mamaroneck Avenue, 3rd Floor
White Plains, New York, 10605

ANTHONY D. PERRI, ESQ.
17 State Street, 25th Floor
New York, New York 10004,