```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x    Index No.:  07 CIV
BERIAM ORTIZ,                                10365

                Plaintiff
                                             NOTICE OF APPEARANCE
        v.

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

                Defendants
----------------------------------------x
```

Defendant, Carol Sherman, hereby appears in this action by the undersigned attorney, John R. Marquez of the Law Firm of Eustace & Marquez.

Dated:   White Plains, New York
         May 16, 2008

                                    Yours, etc.,
                                    **EUSTACE & MARQUEZ**
                                    Attorneys for Defendant
                                    **Carol Sherman**
                                    Eustace & Marquez
                                    1311 Mamaroneck Avenue
                                    3rd Floor
                                    White Plains, New York  10605
                                    (914) 989-6650

                                    By: _____
                                         John R. Marquez - 3632

TO:  Jay S. Hausman & Associates, PC.
     Attorneys for Plaintiff,
     Beriam Ortiz
     280 North Central Avenue
     Hartsdale, New York  10530

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York  10004

London Fischer, LLP
Attorneys for Co-Defendant,
Toyota Motor Credit Corp.
59 Maiden Lane
New York, New York 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x   Index No.:  07 CIV
BERIAM ORTIZ,                          10365

                Plaintiff

        v.                             **AFFIDAVIT OF SERVICE**

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

                Defendants
-----------------------------------x

STATE OF NEW YORK          )
                           ss.
COUNTY OF WESTCHESTER      )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May 16, 2008, I served upon:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff,
Beriam Ortiz
280 North Central Avenue
Hartsdale, New York  10530

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York  10004

London Fischer, LLP
Attorneys for Co-Defendant,
Toyota Motor Credit Corp.
59 Maiden Lane
New York, New York 10038

a true copy of the annexed **NOTICE OF APPEARANCE** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address

designated by him or her upon the last paper served by him or her in the action.

DATED: May 16, 2008
White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on May 16, 2008

_____
Notary JASMINE L. COYLE
NOTARY PUBLIC, State of New York
No. 01CO6144616
Qualified in Westchester County
Commission Expires April 24, 2010

Index No.:  07 CIV 10365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERIAM ORTIZ,

        Plaintiff

  -against-

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT, CORP. AND CAROL SHERMAN,

        Defendants

---

**NOTICE OF APPEARANCE**

---

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**Carol Sherman**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650