UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x      Index No.:  07 CIV
BERIAM ORTIZ,                                   10365

              Plaintiff
                                                                  **NOTICE OF APPEARANCE**

   v.

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

             Defendants
----------------------------------------x


    Defendant, Carol Sherman, hereby appears in this action by the undersigned attorney, John R. Marquez of the Law Firm of Eustace & Marquez.

Dated:    White Plains, New York
           May 16, 2008

                                      Yours, etc.,
                                      **EUSTACE & MARQUEZ**
                                      Attorneys for Defendant
                                      **Carol Sherman**
                                      Eustace & Marquez
                                      1311 Mamaroneck Avenue
                                      3rd Floor
                                      White Plains, New York  10605
                                      (914) 989-6650

                                      By: _____
                                          John R. Marquez – 3632

TO:   Jay S. Hausman & Associates, PC.
      Attorneys for Plaintiff,
      Beriam Ortiz
      280 North Central Avenue
      Hartsdale, New York  10530

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York  10004

London Fischer, LLP
Attorneys for Co-Defendant,
Toyota Motor Credit Corp.
59 Maiden Lane
New York, New York 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   Index No.:  07 CIV
BERIAM ORTIZ,                           10365

                Plaintiff

        v.                              **AFFIDAVIT OF SERVICE**

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

                Defendants
------------------------------------x

STATE OF NEW YORK       )
                         ss.
COUNTY OF WESTCHESTER   )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May 16, 2008, I served upon:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff,
Beriam Ortiz
280 North Central Avenue
Hartsdale, New York  10530

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York  10004

London Fischer, LLP
Attorneys for Co-Defendant,
Toyota Motor Credit Corp.
59 Maiden Lane
New York, New York 10038

a true copy of the annexed **NOTICE OF APPEARANCE** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address

designated by him or her upon the last paper served by him or her in the action.

DATED:   May 16, 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on May 16, 2008

_____
Notary JASMINE L. COYLE
NOTARY PUBLIC, State of New York
No. 01CO6144616
Qualified in Westchester County
Commission Expires April 24, 2010

Index No.:  07 CIV 10365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERIAM ORTIZ,

        Plaintiff

  -against-

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT, CORP. AND CAROL SHERMAN,

        Defendants

---

**NOTICE OF APPEARANCE**

---

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**Carol Sherman**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650

EXHIBIT "A"

Case 1:07-cv-10365-DC   Document 16-2   Filed 05/19/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x         Index No.:  07 CIV
BERIAM ORTIZ,                                 10365

                Plaintiff
                                                     **AFFIDAVIT**

    v.
                                                 **JUDGE ASSIGNED:**
ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,    **HON. D. CHIN**
CORP. AND CAROL SHERMAN,

                Defendants
------------------------------------x

STATE OF              )
                          ss.:
COUNTY OF             )

    Carol Sherman, being duly sworn deposes and states:

    1.   I am a Defendant in the above-captioned matter.

    2.   On April 20, 2007 at approximately 5:00 p.m. I was a driver of a 2006 Lexus automobile on the Bruckner Boulevard Expressway, located in the Bronx, New York.

    3.   As I was driving in slow moving traffic, I heard the sound of a car(s) crash somewhere behind my vehicle.

    4.   Approximately two or three seconds later, my vehicle was struck in the rear.

    5.   When my vehicle was struck in the rear I was not stopped, but moving forward in slow moving traffic.

6. At the time I heard the initial sound made by car(s) crashing somewhere behind me, I was not stopped, but moving forward in slow moving traffic.

7. After my vehicle was struck I exited my car and observed the vehicle that struck mine. The driver was a barefooted woman.

8. I also observed the driver of the vehicle that struck the vehicle behind mine.

9. The driver of that vehicle stated she was looking at her atlas and did not see the vehicle in front of her.

10. I understand from my attorneys, Eustace & Marquez that this Affidavit will be used in a motion seeking dismissal of this lawsuit against me and I support such a motion.

_____
Carol Sherman

Sworn and subscribed
before me on May 14, 2008

_____
Notary Public

HERB JACKEL
Commission # 1520164
Notary Public - California
San Diego County
My Comm. Expires Nov 15, 2008