UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x   Index No.: 07 CIV
BERIAM ORTIZ,                                10365

                    Plaintiff

         v.                                  **STATEMENT OF**
                                             **UNCONTESTED FACTS**
ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,                     **JUDGE ASSIGNED:**
                                             **HON. D. CHIN**
                    Defendants
----------------------------------------x

    Pursuant to Local Rule 56.1, Defendant Carol Sherman submits the following Statement of Uncontested Material Facts:

    1.   The accident occurred on April 20, 2007, on the Bruckner Boulevard Expressway at or near the intersection with East Tremont Avenue, Bronx, New York. (Police Accident Report attached to Plaintiff's Notice of Motion Exhibit "F").

    2.   Defendant Carol Sherman was driving with traffic when she was struck in the rear by Plaintiff Beriam Ortiz's vehicle. (Exhibit "D", attached to Plaintiff's Notice of Motion, Affidavit by Beriam Ortiz).

Dated:   White Plains, New York
         May 19, 2008

                                        _____
                                        John R. Marquez - 3623

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x     Index No.:  07 CIV
BERIAM ORTIZ,                              10365

                Plaintiff

        v.                                **AFFIDAVIT OF SERVICE**

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

                Defendants
------------------------------------x

STATE OF NEW YORK       )
                        ss.
COUNTY OF WESTCHESTER   )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May *19*, 2008, I served upon:

**Jay S. Hausman & Associates, PC.**
Attorneys for Plaintiff,
Beriam Ortiz
280 North Central Avenue
Hartsdale, New York  10530

**Loretta J. Hottinger, Esq.**
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York  10004

a true copy of the annexed **STATEMENT OF UNCONTESTED FACTS** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him

or her in the action.

DATED:   May  19 , 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on May  19 , 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6049180
Qualified in Rockland County
Commission Expires 04/04/__

_____
Notary Public

Index No.:  07 CIV 10365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERIAM ORTIZ,

       Plaintiff

  -against-

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT, CORP. AND CAROL SHERMAN,

       Defendants

---

**STATEMENT OF UNCONTESTED FACTS**

---

**EUSTACE & MARQUEZ**
Attorneys for Defendant
**Carol Sherman**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650