UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x    Index No.: 07 CIV
BERIAM ORTIZ,                                10365

                Plaintiff

      v.                                **AFFIDAVIT OF SERVICE**

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

                Defendants
----------------------------------------x

STATE OF NEW YORK    )
                             ss.
COUNTY OF WESTCHESTER  )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on May 19, 2008, I served upon:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff,
Beriam Ortiz
280 North Central Avenue
Hartsdale, New York 10530
(914) 946-3344

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York 10004
(212) 809-4800

a true copy of the annexed **NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT WITH AFFIRMATION IN SUPPORT AND MEMORANDUM OF LAW** by depositing them endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him

or her upon the last paper served by him or her in the action.

DATED:   May 19, 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on May 19, 2008

_____
ARLENE M. KELLY
Notary Public, State of New York
Notary No. 01KE6049180
Qualified in Rockland County
Commission Expires 10/10/10