UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BERIAM ORTIZ,

           Plaintiff,

    -against-

ERIN KATHLEEN BARLOW, TOYOTA
MOTOR CREDIT CORP., and CAROL
SHERMAN,

           Defendants.
-------------------------------------------------------------X

**AFFIRMATION IN PARTIAL OPPOSITION TO CROSS-MOTION**

07-CV-10365

      ELIZABETH M. PENDZICK, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, does hereby affirm, under penalty of perjury:

    1.    I am a member of JAY S. HAUSMAN & ASSOCIATES, P.C., counsel for the plaintiff, Beriam Ortiz.

    2.    I make this Affirmation in partial opposition to defendant Sherman's motion for summary judgment.

    3.    I submit the following documentation for this Honorable Court's review:

Exhibit A:    Photographs of Plaintiff's Vehicle.

Dated: Hartsdale, New York
       May 29, 2008

_____
ELIZABETH M. PENDZICK

# Exhibit A





UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Civil Action Number: 07-CV-10365

BERIAM ORTIZ,

                    *Plaintiff(s)*

-against-

ERIN KATHLEEN BARLOW; TOYOTA MOTOR CREDIT. CORP. and CAROL SHERMAN;

                    *Defendant(s)*

═══════════════════════════════

**AFFIRMATION IN PARTIAL OPPOSITION TO CROSS-MOTION**

═══════════════════════════════

**JAY S. HAUSMAN & ASSOCIATES, P.C.**
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
280 North Central Avenue-Suite 40
Hartsdale, N.Y. 10530
(914) 946-3344

To    ALL COUNSEL
Attorney(s)

Service of a copy of the within

Dated, _____ is hereby admitted.

_____
Attorney(s) for

═══════════════════════════════
NOTICE OF ENTRY
═══════════════════════════════

Sir:–Please take note that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named
court on _____ 2008

Dated,

Yours, etc.,

**JAY S. HAUSMAN & ASSOCIATES, P.C.**
*Attorneys for Plaintiffs*
*Office and Post Office Address*
280 North Central Avenue-Suite 40
Hartsdale, N.Y. 10530

To    All Counsel
Attorney(s) for

═══════════════════════════════
NOTICE OF SETTLEMENT
═══════════════════════════════

Sir:–Please take notice that an order

of which the within is a true copy will be presented for
settlement to the Hon.
one of the judges of the within named Court, at

on

at
Dated.    M    2008

Yours, etc.

**JAY S. HAUSMAN & ASSOCIATES, P.C.**
*Attorneys for Plaintiff(s)*
*Office and Post Office Address*
280 North Central Avenue-Suite 40
Hartsdale, N.Y. 10530

TO    All Counsel

Attorney(s) for



