UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BERIAM ORTIZ,

                Plaintiff,

                **RESPONSE TO 56.1 STATEMENT**

       -against-

                07-CV-10365

ERIN KATHLEEN BARLOW, TOYOTA
MOTOR CREDIT CORP., and CAROL
SHERMAN,

                Defendants.
--------------------------------------------------------X

        Pursuant to Local Rule 56.1, the plaintiff responds to defendant Sherman's Statement of

Uncontested Facts as follows:

       1.      Uncontested.

       2.      Uncontested, except as to the statement that defendant Sherman was driving "with

traffic," the intended meaning of the latter being unclear.

Dated: Hartsdale, New York
      May 29, 2008

                              _____
                          ELIZABETH M. PENDZICK

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Civil Action Number: 07-CV-10365

BERIAM ORTIZ,

Plaintiff(s)

-against-

ERIN KATHLEEN BARLOW, TOYOTA MOTOR
CREDIT, CORP. and CAROL SHERMAN,

Defendant(s)

RESPONSE TO 56.1 STATEMENT

JAY S. HAUSMAN & ASSOCIATES, P.C.
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
280 North Central Avenue-Suite 40
Hartsdale, N.Y. 10530
(914) 946-3344

To
Attorney(s)        ALL COUNSEL

Service of a copy of the within

Dated, _____        is hereby admitted.

Attorney(s) for

---

═══ NOTICE OF ENTRY ═══

Sir:-Please take note that the within is a *(certified)* true
copy of a
duly entered in the office of the clerk of the within named
court on _____ 2008

Dated,

Yours, etc.,

JAY S. HAUSMAN & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*
*Office and Post Office Address*
280 North Central Avenue-Suite 40
Hartsdale, N.Y. 10530

To
Attorney(s) for        All Counsel

═══ NOTICE OF SETTLEMENT ═══

Sir:-Please take notice that an order

of which the within is a true copy will be presented for
settlement to the Hon.
one of the judges of the within named Court, at

on _____

at _____

Dated,        M. _____ 2008

Yours, etc.

JAY S. HAUSMAN & ASSOCIATES, P.C.
*Attorneys for Plaintiff(s)*
*Office and Post Office Address*
280 North Central Avenue-Suite 40
Hartsdale, N.Y. 10530

TO
Attorney(s) for        All Counsel