CERTIFICATE OF SERVICE

      I certify that I mailed a copy of plaintiff's Affirmation in Partial Opposition to Cross-Motion, Plaintiff's Memorandum in Partial Opposition to Cross-Motion and Response to Rule 56.1 Statement by U.S. Mail, to EUSTACE & MARQUEZ, 1311 Mamaroneck Avenue, 3rd Floor, White Plains, New York, 10605, attorney in charge for Defendant SHERMAN and to Law Offices of Neil L. Kanzer, 17 State Street, 25th Floor, New York, New York 10004, attorney in charge for Defendant BARLOW, on May 29, 2008.

ELIZABETH M. PENDZICK