UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   Index No.:  07 CIV
BERIAM ORTIZ,                            10365

              Plaintiff

                                                **NOTICE OF CROSS-**
   v.                                          **MOTION FOR SUMMARY**
                                                    **JUDGMENT**

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,                    JUDGE ASSIGNED:
                                                    HON. D. CHIN

              Defendants
------------------------------------x


| | |
|---|---|
| MOTION BY: | Defendant, Carol Sherman |
| DATE and TIME: | To be assigned by the Court |
| PLACE: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, 500 Pearl Street New York, New York  10007-1312 |
| SUPPORTING PAPERS: | Affirmation of John R. Marquez, Affidavit of Carol Sherman, and Memorandum of Law with attachments thereto. |
| RELIEF DEMANDED: | (a)  An order granting Summary Judgment pursuant to FRCP 56, and dismissing the Complaint and any and all cross claims. |

    (b) Such other and further relief as this Court deems just and proper.

DATED: White Plains, New York
     May 19, 2008

          Yours, etc.,
          EUSTACE & MARQUEZ
          Attorneys for Defendant, Carol Sherman
          Office and Post Office Address
          1311 Mamaroneck Avenue
          3rd Floor
          White Plains, New York  10605
          (914) 989-6650

          By: _____
             John R. Marquez-3623

TO:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff,
Beriam Ortiz
280 North Central Avenue
Hartsdale, New York  10530
(914) 946-3344

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York  10004
(212) 809-4800