UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x     Index No.: 07 CIV
BERIAM ORTIZ,                                 10365

                    Plaintiff

          v.                                  **AFFIDAVIT OF SERVICE**

ERIN KATHLEEN BARLOW, TOYOTA MOTOR CREDIT,
CORP. AND CAROL SHERMAN,

                    Defendants
---------------------------------------x

STATE OF NEW YORK        )
                         ss.
COUNTY OF WESTCHESTER    )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on June 16, 2008, I served upon:

Jay S. Hausman & Associates, PC.
Attorneys for Plaintiff,
Beriam Ortiz
280 North Central Avenue
Hartsdale, New York 10530

Loretta J. Hottinger, Esq.
Attorneys for Co-Defendant,
Erin Kathleen Barlow
17 State Street, 25th Floor
New York, New York 10004

London Fischer, LLP
Attorneys for Co-Defendant,
Toyota Motor Credit Corp.
59 Maiden Lane
New York, New York 10038

a true copy of the annexed **Notice of Entry** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and

custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:    June 16, 2008
          White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on June 16, 2008

_____
Notary Public
JAZMIN L. COYLE
NOTARY PUBLIC, State of New York
No. 01CO6144616
Qualified in Westchester County
Commission Expires April 24, 2010