# JAY S. HAUSMAN
## &
## ASSOCIATES
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

August 6, 2008

**BY FACSIMILE** (212)805-7906
Honorable Denny Chin
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re: Ortiz v. Barlow
07-CV-10365

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/08

Dear Honorable Sir:

This office represents the plaintiff in the above referenced matter.

We write to request (with the consent of our adversary) a brief extension of the time to complete discovery. No previous extensions of time have been requested of the Court. I also request an adjournment of the pre-trial conference scheduled for August 8, 2008. I have not been able to make contact with my adversary regarding the latter, but since additional time is needed for discovery, I do not expect that she opposes the adjournment of the pre-trial conference.

Notably, all depositions have been completed. Nonetheless, plaintiff is awaiting a response from the defendant to our demand for interrogatories, and an authorization for the defendant's property damage file. Further, the defendant intends to conduct a physical examination of the plaintiff, and has just designated a physician in order to do so. Defendant may also need other information of which I am unaware as yet. I anticipate that all discovery should be concluded by September 10, 2008, and request that a pre-trial conference be scheduled on or about that time.

Thank you in advance for your attention to this matter. Should there be any questions or concerns, please do not hesitate to contact the undersigned.

*Application GRANTED.*
*All discovery shall be*
*completed by 9/12/08*
*(both fact or expert).*
*The PTC is adjourned*

Very truly yours,

JAY S. HAUSMAN & ASSOCIATES, P.C.

By:
ELIZABETH M. PENDZICK

JAY S. HAUSMAN & ASSOCIATES, P.C.   *   ATTORNEYS AT LAW
The Fortune Building   *   280 North Central Avenue   *   Suite 40   *   Hartsdale   *   New York 10530
T: (914) 946-3344   *   F: (914) 946-9733   *   Email: Info@jhtriallaw.com

*until 9/12/08, at 11am.*
*So ORDERED.*