```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
BERIAM ORTIZ,                         :

                Plaintiff,            :

        - against -                   :            ORDER

ERIN KATHLEEN BARLOW et al.,          :            07 Civ. 10365 (DC)

                Defendants.           :
- - - - - - - - - - - - - - - - - -x
```



**CHIN, District Judge**

      It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:   New York, New York
         March 24, 2009

                                           _____
                                           DENNY CHIN
                                           United States District Judge